UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-134 |
| VERSUS | SECTION: M (3) |
| DOROTHY SMITH | VIOLATION: 18 U.S.C. § 371 |
| ELDRIDGE JOHNSON | 18 U.S.C. § 2197 |
| BEVERLY MCCRARY | |
| ALEXIS BELL | |
| MICHEAL WOOTEN | |
| a/k/a Michael Wooten | |
| SHARRON ROBINSION | |
| ALONZO WILLIAMS | |
| JONATHAN ABBEY | |
| RAFAEL ATKINS | |
| ANTHONY BROWN | |
| JAMES CARR | |
| CHARLES FRANKS | |
| JERRY FUDGE | |
| DAVID GALVAN | |
| JUSTIN GANDY | |
| ANTHONY GARCES | |
| CARDELL HUGHES | |
| HARRY JOHNSON | |
| EDWARD JONES | |
| ALEXIA LOVETT | |
| BRANDON MACK | |
| HUGO MARQUEZ | |
| MILES MARTS | |
| DEVERICK MORROW | |
| FREDRICK NETTLES | |
| STINSON PAYNE | |
| OCTAVIAN RICHARDS | |
| QUANG TRAN | |
| ANTWAINE TRAVIS | |
| SHUNMANIQUE WILLIS | |
| ROBERT WINTERS | |

**NOTICE OF 5A/ARRAIGNMENT AS TO SMITH, JOHNSON, MCCRARY, BELL, WOOTEN, ROBINSON, AND WILLIAMS**

Take Notice that this criminal case has been set for INITIAL APPEARANCE/ARRAIGNMENT on

**December 4, 2020, at 2:00 p.m.** before Magistrate Judge Michael B. North., 500 Poydras Street,

Courtroom B-407, New Orleans, LA 70130.

Continued- Page 2

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: November 23, 2020 | CAROL L. MICHEL, CLERK<br>by: Cherie Charles, Deputy Clerk |
| TO:<br>DOROTHY SMITH | AUSA: Chandra Menon<br>chandra.menon@usdoj.gov |
| **COUNSEL FOR SMITH:**<br>**PAUL FLEMING**<br>2821 Kingman St., Ste. C.<br>Metairie, LA 70006 | U.S. Marshal<br><br>U.S. Probation/Pretrial Services Unit |
| ELDRIDGE JOHNSON | **JUDGE ASHE** |
| **COUNSEL FOR JOHNSON:**<br>**MURDOCK WALKER, II**<br>101 Marietta St., NW, Ste. 3325<br>Atlanta, GA 30303 | **MAGISTRATE JUDGE**<br><br>FOREIGN LANGUAGE INTERPRETER:<br>NO |
| BEVERLY MCCRARY | SA Barbara Hoffler, CGIS<br>Barbara.R. Hoffler@uscg.mil |
| **COUNSEL FOR MCCRARY:**<br>**RALPH WHALEN**<br>1100 Poydras St., Ste 2950<br>New Orleans, LA 70163-1133<br>ralphswhalen@ralphswhalen.com | |
| ALEXIS BELL | |
| **COUNSEL FOR BELL:**<br>**MARION FLOYD**<br>1403 W. Esplanade Ave., Ste. A.<br>Kenner, LA 70065<br>floydmar@bellshouth.net | |
| MICHEAL WOOTEN<br>a/k/a Michael Wooten | |
| **COUNSEL FOR WOOTEN:**<br>**AMOS CORMIER**<br>P.O. Box 7280<br>Belle chasse, LA 70037<br>amoscormieresq@gmail.com | |

If you change address, notify
Clerk of Court by phone,
(504) 589-7703
Continued- Page 3

SHARRON ROBINSON
Nashville, TN

**COUNSEL FOR ROBINSON:**

ALONZO WILLIAMS
Denham Springs, LA 70726

**COUNSEL FOR WILLIAMS:**
**CLAUDE KELLY- FPD**
claude_kelly@fd.org

JONATHAN ABBEY

**COUNSEL FOR ABBEY:**
**ANDREW DUFFY**
4000 Bienville St., Ste. C
New Orleans, LA 70119
duffy.andrew.504@gmail.com

RAFAEL ATKINS

**COUNSEL FOR ATKINS:**
**BRIAN CAPITELLI**
1100 Poydras St., Ste. 2950
New Orleans, LA 70163
brian@capitelliandwicker.com

ANTHONY BROWN

**COUNSEL FOR BROWN:**
**CHRISTOPHER B. EDWARDS**
501 Derbigny St.
Gretna, LA 70053-6017
chris.edwards501@yahoo.com

JAMES CARR

**COUNSEL FOR CARR:**
**ROBERT JENKINS**
631 St. Charles Ave.
New Orleans, LA 70130
rj1430@aol.com

CHARLES FRANKS

**COUNSEL FOR FRANKS:**
**STEVE SHAPRIO**
700 Camp St.
New Orleans, LA 70130
steve@shapirolaw-nola.com

JERRY FUDGE

**COUNSEL FOR FUDGE:**
**ARIS COX**
631 St. Charles Ave.
New Orleans, LA 70130
awcvi@yahoo.com

DAVID GALVAN

**COUNSEL FOR GALVAN:**
**BRUCE ASHLEY**
465 Fairway Dr.
New Orleans, LA 70124
bashleylawyer@aol.com

JUSTIN GANDY

**COUNSEL FOR GANDY:**
**J. GARY JORDAN**
111 N. Oak St., Ste. 200
Hammond, LA 70401
jgj@chehardy.com

ANTHONY GARCES

**COUNSEL FOR GARCES:**
**JEFF SANFORD**
8550 United Plaza Blvd., Ste. 702
Baton Rouge, LA 70809
jeffrylamontesanford@gmail.com

Continued- Page 4

CARDELL HUGHES

**COUNSEL FOR HUGHES:**
**WARNER THOMPSON**
522 Montegut St., Apt 110
New Orleans, LA 70117
warnerbthompson@gmail.com

HARRY JOHNSON
Metairie, LA

**COUNSEL FOR JOHNSON:**

EDWARD JONES

**COUNSEL FOR JONES:**
**JESSICA MULLALY**
7925 Nelson St.
New Orleans, LA 70125
jessicamullaly1@gmail.com

ALEXIA LOVETT
Jacksonville, FL

**COUNSEL FOR LOVETT:**

BRANDON MACK

**COUNSEL FOR MACK:**
**MICHAEL BOLEWARE**
34220 Robbie Lee Dr.
Denham Springs, LA 70706
michaelwboleware@cox.net

HUGO MARQUEZ

**COUNSEL FOR MARQUEZ:**
**HERBERT LARSON**
**KELLY MITCHELL**
700 Camp St.
New Orleans, LA 70130
hvl@hvllaw.com
kpm@hvllaw.com

MILES MARTS

**COUNSEL FOR MARTS:**
**ANTHONY LEWIS**
307 Saint Philip St.
Thibodaux, LA 70301-3138
attyalewis17318@aol.com

DEVERICK MARROW

**COUNSEL FOR MARROW:**
**SAM WINSTON**
1700 Josephine St.
New Orleans, LA 70113
sam@samwinstonlaw.com

FREDRICK NETTLES

**COUNSEL FOR NETTLES:**
**ALEX LAMBERT**
631 St. Charles Ave.
New Orleans, LA 70130
alex@alexlambertlaw.com

STINSON PAYNE
Mobile, AL

**COUNSEL FOR PAYNE:**

OCTAVIAN RICHARDS

**COUNSEL FOR RICHARDS:**
**WALTER BECKER**
1100 Poydras St., Ste 2300
New Orleans, LA 70163
becker@chaffe.com

QUANG TRAN

**COUNSEL FOR TRAN:**
**MICHAEL WALSH**
Chase Tower 450 Laurel St. Fl 8
Baton Rouge, LA 70801
michael.walsh@taylorporter.com

Continued- Page 5

ANTWAINE TRAVIS

**COUNSEL FOR TRAVIS:**
**TOWNSEND MYERS**
4907 Magazine St.
New Orleans, LA 70115
townsendmyers@gmail.com

SHUNMANIQUE WILLIS

**COUNSEL FOR WILLIS:**
**CHAD GRAY DORSK**
409 Duke Street, Unit 100
Norfolk, VA 23510
cdorsk@gmail.com

ROBERT WINTERS

**COUNSEL FOR WINTERS:**
**P. LINDSEY WILLIAMS**
631 St. Charles Ave.
New Orleans, LA 70130
plwlaw@gmail.com