MINUTE ENTRY
DECEMBER 4, 2020
NORTH, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-134 |
| DOROTHY SMITH | SECTION: M |

INITIAL APPEARANCE

APPEARANCES:   X   DEFENDANT WITH/(WITHOUT) COUNSEL   _____

                         X   ASSISTANT U.S. ATTORNEY   CHANDRA MENON – by video
                         ___INTERPRETER   _____
                         Designated by Court and sworn.   Time: _____ .M to _____ M.

X Defendant consented to appear by video
X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF THE INDICTMENT WAS:
    READ   WAIVED   (SUMMARIZED)

_ / DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT – Paul Fleming reappointed

_ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
X  The court accepted defendants verbal consent in lieu of signature on the appearance bond & order setting conditions of release.

MJSTAR: 00: 06

X/ BOND SET AT _Personal recognizance_____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR _Held_____

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_____

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____