MINUTE ENTRY
NORTH, M.J.
DECEMBER 4, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 20-134 |
| DOROTHY SMITH | SECTION: M |

**CRIMINAL ARRAIGNMENT**

APPEARANCES:   X   DEFENDANT — *consented to appear by video*
                   X   COUNSEL FOR DEFENDANT   CJA: PAUL FLEMING - BY VIDEO
                   X   ASSISTANT U.S. ATTORNEY   CHANDRA MENON - BY VIDEO
                   ___  INTERPRETER   SWORN
                   (TIME: ____ .M to ____ .M)

 X / READING OF THE INDICTMENT: READ   WAIVED   (SUMMARIZED)

 X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

 X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

 X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

 __/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

 __/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

 X / DEFENDANT RELEASED ON ORIGINAL BOND

 __/ BAIL SET AT _____

 __/ DEFENDANT RELEASED ON NEW BOND

 __/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JANUARY 20, 2021 AT 10:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE BARRY W. ASHE**

 X / TRIAL: **FEBRUARY 8, 2021 AT 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE BARRY W. ASHE**

MJSTAR: 00: 02