UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-134 |
| DOROTHY SMITH | SECTION: M |

**ORDER**

On December 4, 2020, the defendant was released on a personal recognizance bond with no supervision by U.S. Probation. The court orally instructed the defendant to report any contact with law enforcement to U.S. Probation and to have no contact with witnesses and co-defendants.

New Orleans, Louisiana, this 29th day of December 2020.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE